# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAMELA SHEPHERD o/b/o Deshawn T. Straughter,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:02-cv-1393-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNCONTESTED AMENDED MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 40)**
>
> **FILED:** June 9, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Pamela Shepherd, seeks an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 1, 2005. Doc. No. 35. An award of fees, costs and expenses is, therefore, ripe for consideration.

Shepherd's attorney seeks $3,427.14 in attorney's fees for 22.8 hours of work. The hourly rates he seeks are $144.43 for 3.20 hours of work performed in 2002, $147.73 for 2.15 hours of

work performed in 2003, $151.65 for 15.45 hours of work performed in 2004, and $153.10 for 2.00 hours of work performed in 2005 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living.  Doc. No. 38 at 2.  The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.  After reviewing the papers submitted by Shepherd, I find that the fees requested are appropriate in the absence of objection.

Shepherd also seeks reimbursement for $33.65 in expenses.  The Commissioner does not oppose these expenses.  Because there is no objection to these expenses, I also grant the petition for an award of these amounts.

It is, therefore, ORDERED that the Petition for Award of Attorney's Fees, Expenses and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 is GRANTED, and Shepherd[1] is awarded $3,427.14 in attorney's fees and $33.65 in expenses.  The Clerk of Court is directed to enter a judgment consistent with this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Under the law of this circuit, the fee award should be made to the plaintiff, recognizing that the plaintiff has an obligation to pay her counsel for the time and costs expended in this case.  *See Panola Land Buying Ass'n v. Clark*, 844 F.2d 1506 (11th Cir. 1988).